# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:07CV127-1-T
## (1:02CR04)

| | |
|---|---|
| **HARRY N. MOODY,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, filed April 9, 2007.

After careful review of the motion and case file, the undersigned finds that the United States Attorney should file an Answer detailing Petitioner's allegations and responding to each.

**IT IS, THEREFORE, ORDERED** that the United States Attorney file an Answer to Petitioner's motion to vacate, set aside, or correct sentence,

detailing Petitioner's allegations and responding to each no later than 45 days from entry of this Order.

Signed: May 9, 2007

Lacy H. Thornburg
United States District Judge