IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:07CV127-1-T
(1:02CR04)

| | |
|---|---|
| HARRY N. MOODY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the Government's motion to file its response to the Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 out of time.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and its answer filed July 3, 2007, is deemed timely filed.

Signed: July 3, 2007

Lacy H. Thornburg
United States District Judge