**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO.  1:07CV127-1-T
(1:02CR4)**

| | | |
|---|---|---|
| **HARRY MOODY,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.)** | | |

 

**THIS MATTER** is before the Court on Petitioner's motions for an extension of time in which to file response to the Government's motion for summary judgment, for the production of numerous documents, and for an evidentiary hearing.

The Petitioner's requests for discovery materials and an evidentiary hearing are denied.  However, the Court will afford the Petitioner a modest extension of time in which to respond to the Government's motion.

**IT IS, THEREFORE, ORDERED** that Petitioner's motion for an extension of time in which to file response is **ALLOWED**, and the time for filing response to the Government's motion for summary judgment is hereby extended another 20 days from entry of this Order.

**IT IS FURTHER ORDERED** that the Petitioner's motions for discovery and an evidentiary hearing are hereby **DENIED**.

Signed: August 24, 2007

Lacy H. Thornburg
United States District Judge