IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:07CV127-1-T
(1:02CR04)

| | |
|---|---|
| HARRY NOLAN MOODY, ) <br> ) <br> Petitioner, ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> ) | O R D E R |

**THIS MATTER** is before the Court on Respondent's motion for an enlargement of time within which to file its response to Petitioner's cross motion for summary judgment.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Respondent's motion is **ALLOWED**, and the time for filing response to Petitioner's cross motion for summary judgment is extended to and including October 5, 2007.

Signed: October 2, 2007

Lacy H. Thornburg
United States District Judge