# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:02-cr-00004-MR-4

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>HARRY NOLAN MOODY, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on the Defendant's motions for the admission of attorneys Joni Jacobsen, Mitchell Epner, and John Ludwig as counsel *pro hac vice*. [Docs. 297, 298, 299]. Upon careful review and consideration, the Court will allow the motions.

**IT IS, THEREFORE, ORDERED** that the Defendant's motions [Docs. 297, 298, 299] are **ALLOWED**, and Joni Jacobsen, Mitchell Epner, and John Ludwig are hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fees having been received by the Clerk of this Court.

Signed: May 26, 2020

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge