THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:02-cr-00004-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ) | |
| HARRY NOLAN MOODY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Seal [Doc. 307].

The Defendant, through counsel, moves the Court for leave to file under permanent seal certain excerpts of the Defendant's medical records [Doc. 308], which are submitted along with his reply brief in support of his Motion for Reduce Sentence. For grounds, counsel states that the medical records contain highly personal and confidential material concerning the Defendant's medical conditions. [Doc. 307].

Before sealing a court document, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the

documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000). In the present case, the public has been provided with adequate notice and an opportunity to object to the Defendant's motion.  The Defendant filed his motion on May 15, 2020, and such motion has been accessible to the public through the Court's electronic case filing system since that time.  Further, the Defendant has demonstrated that the subject medical records contain sensitive information concerning the Defendant and that the public's right of access to such information is substantially outweighed by the Defendant's competing interest in protecting the details of such information. See United States v. Harris, 890 F.3d 480, 492 (4th Cir. 2018). Finally, having considered less drastic alternatives to sealing the documents, the Court concludes that sealing of these medical records is necessary to protect the Defendant's privacy interests.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Seal [Doc. 307] is **GRANTED**, and the medical record filed as Exhibit S to the Declaration of John Ludwig [Doc. 308] shall be filed under seal and shall remain under seal until further Order of the Court.

2

Case 1:02-cr-00004-MR    Document 311    Filed 06/23/20    Page 2 of 3

**IT IS SO ORDERED.**

Signed: June 23, 2020

Martin Reidinger
Chief United States District Judge