THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:02-cr-00004-MR-4

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
|          **Plaintiff,** | ) | |
| | ) | |
|     vs. | ) | **O R D E R** |
| | ) | |
| **HARRY NOLAN MOODY,** | ) | |
| | ) | |
|          **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Motion to Appoint Counsel filed by the Federal Public Defender [Doc. 329].

Upon review of the record in this case, the Court notes that the Federal Public Defender previously represented one of Mr. Moody's co-defendants, Wilbert Neil Norris. The Court will provide the Federal Public Defender the opportunity to address this potential conflict in writing before ruling on counsel's motion to appoint.

**IT IS, THEREFORE, ORDERED** that, within seven (7) days of the entry of this Order, the Federal Public Defender shall submit a written brief, not exceeding five (5) pages, addressing the potential conflict in representing Mr. Moody in this action. The Government shall have seven (7) days from

the filing of the Federal Public Defender's brief to file a responsive brief not exceeding five (5) pages.

**IT IS SO ORDERED.**

Signed: September 26, 2022

Martin Reidinger
Chief United States District Judge